IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOANNE BROWN** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **MICHAEL J. ASTRUE,** | : | **NO. 10-4490** |

### ORDER

**AND NOW**, this 20th day of December, 2012, upon consideration of Plaintiff's request for review, Defendant's response, and after careful review of the Report and Recommendation of United States Magistrate Judge M. Faith Angell and the objections thereto, it is hereby **ORDERED** that:

1. The relief requested in Plaintiff's Statement of Issues in Support of Request for Review (Doc. No. 7) is **DENIED**;

2. The Report and Recommendation is **APPROVED** and **ADOPTED**;

3. Plaintiff's objections are **OVERRULED**;

4. Judgment is entered in favor of Defendant Michael J. Astrue, Commissioner of Social Security; and

5. The Clerk of Court is directed to mark this case closed.

**BY THE COURT:**

/s/ Mitchell S. Goldberg

**MITCHELL S. GOLDBERG, J.**